Girolami et al., Appellants, *v.* Peoples Natural Gas Company.

Argued October 4, 1950. Before DREW, C. J., STERN, STEARNE, JONES, LADNER and CHIDSEY, JJ.

*W. Robert Thompson*, with him *Adams & Hutson* and *Montgomery, Thompson & Baily*, for appellants.

*Jos. W. Ray, Jr.*, with him *Herman M. Buck, Ray, Coldren & Buck* and *G. Kirby Herrington*, for appellee.

OPINION PER CURIAM, November 13, 1950:
The judgment is affirmed on the opinion of President Judge CARR.

Pittsburgh No. 8 Coal Corporation, Appellant, *v.*
Newcomer et al., Exrs.

Argued September 27, 1950. Before DREW, C. J., STERN, STEARNE, JONES, LADNER and CHIDSEY, JJ.